UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CHRISTINA ARCHIE, Individually and d/b/a
CLUB RA'NELLES f/k/a THE COMFORT
ZONE,

                                Civil Case No.: 3:05-cv-0947

                Plaintiff,                          (TJM/DEP)

    -against-

CITY OF BINGHAMTON, RICHARD A. BUCCI,
Individually and in his Official Capacity as Mayor,
JOHN BUTLER, Police Chief, sued in his
Individual and Official Capacity, DUANE SHAFFER,
Police Captain, sued in his Official and Individual
Capacity, JOHN CHAPMAN, Police Lieutenant, sued
in his Official and Individual Capacity, CHRIS BRACCO,
Police Officer, sued in his Official and Individual
Capacity, TIMOTHY SHORES, Police Officer, sued in his
Official and Individual Capacity, COREY MINOR,
Police Officer, used in his Official and Individual Capacity,
and JOHN and JANE DOES, Police Officers and
Supervisory Personnel,

                Defendants.
-----------------------------------------------------------

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby dismissed with prejudice and without costs or attorneys' fees to any party as to all defendants. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 22, 2006

_[signature]_  
RONALD R. BENJAMIN  
LAW OFFICE OF RONALD R. BENJAMIN  
Attorney for Plaintiff  
126 Riverside Drive, P.O. Box 607  
Binghamton, New York 13902-0607  
(607) 772-1442  

_[signature]_  
PAUL J. SWEENEY, ESQ.  
COUGHLIN & GERHART, L.L.P.  
Attorneys for Defendant, Richard A. Bucci  
20 Hawley Street, P.O. Box 2039  
Binghamton, New York 13902-2039  
(607) 723-9511  

_[signature]_  
BRIAN SEACHRIST, ESQ.  
OFFICE OF CORPORATION COUNSEL  
Attorney for Defendant, City of Binghamton  
City Hall, 38 Hawley Street  
Binghamton, New York 13901  
(607) 772-7013  

_[signature]_  
ALAN J. POPE, ESQ.  
POPE SHRADER & ~~MURPHY~~ _[handwritten]_ LLP  
Attorney for John Butler, Police Chief  
20 Hawley Street, East Tower, 7th Floor  
Binghamton, New York 13902  
(607) 584-4900  

_[signature]_  
EARL D. BUTLER, ESQ.  
BUTLER & BUTLER  
Attorney for Individual Police Officers  
231-241 Main Street  
Vestal, New York 13850  
(607) 748-9907  

SO ORDERED:

_[signature]_  
Hon. David E. Peebles, U.S. Magistrate Judge  
United States District Court  
Dated: ~~June~~ Oct. 12, 2006.